UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLENE JACKSON,

      Plaintiff,

v                                     Case No. 07-11252

DTE ENERGY COMPANY,       DISTRICT JUDGE ARTHUR J. TARNOW

      Defendant.         MAG. JUDGE R. STEVEN WHALEN

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

There having been no objection to Magistrate Judge Whalen's Report and Recommendation [Docket #12) filed February 29, 2008 granting Defendants' Motion to Dismiss and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Whalen is **ADOPTED** and Defendants' Motion to Dismiss is [Docket #7] is **GRANTED**.

IT IS FURTHER ORDERED that the complaint be **DISMISSED WITH PREJUDICE.**

                                              s/Arthur J. Tarnow
                                              Arthur J. Tarnow
                                              United States District Judge

Dated: March 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2008, by electronic and/or ordinary mail.

                                              s/Catherine A. Pickles
                                              Judicial Secretary